**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BENJAMIN DAVIS, ) | |
|         Plaintiff, ) | |
| v. ) | |
| JOLIET COMMUNITY BASEBALL AND ) | |
| ENTERTAINMENT, L.L.C., ) | |
|         Defendant. ) | Case No. 1:16-cv-05473 |
| ) | |
| ) | Judge Gary Feinerman |
| ) | |
| ) | Magistrate Judge Susan E. Cox |
| JOLIET COMMUNITY BASEBALL AND ) | |
| ENTERTAINMENT, L.L.C. ) | |
|         Counter-Plaintiff, ) | |
| v. ) | |
| ) | |
| BENJAMIN DAVIS, ) | |
|         Counter-Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Counter-Defendant BENJAMIN DAVIS and Defendant/Counter-Plaintiff JOLIET COMMUNITY BASEBALL AND ENTERTAINMENT, LLC, through their counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all claims in the above-captioned matter with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

DATED: April 7, 2017.                                    Respectfully submitted,

By: /s/ Garrett W. Brown (*w/ permission*)    By:   /s/  Colleen G. DeRosa
    One of the Attorneys for BENJAMIN            One of the Attorneys for JOLIET
    DAVIS                                                                    COMMUNITY BASEBALL AND
                                                                                        ENTERTAINMENT, LLC

Edward M. Fox                                              Carol A. Poplawski
Garrett W. Browne                                        Colleen G. DeRosa
ED FOX & ASSOCIATES                                OGLETREE, DEAKINS, NASH,
300 W. Adams Street, Suite 330                 SMOAK & STEWART, P.C.
Chicago, IL 60606                                         155 North Wacker Drive, Suite 4300
*efox@efox-law.com*                                   Chicago, IL 60606-1731
*gbrowne@efox-law.com*                           *Carol.Poplawski@ogletreedeakins.com*
                                                                         *Colleen.DeRosa@ogletreedeakins.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 7, 2017 the foregoing *Joint Stipulation of Dismissal* was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

>Edward M. Fox
>Garrett W. Browne
>ED FOX & ASSOCIATES
>300 W. Adams Street, Suite 330
>Chicago, IL 60606
>*efox@efox-law.com*
>*gbrowne@efox-law.com*

>*Attorneys for Plaintiff*

    /s/ Colleen G. DeRosa

29374289.1