## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Benjamin Davis

Plaintiff,

v.

Case No.: 1:16−cv−05473
Honorable Gary Feinerman

Joliet Community Baseball & Entertainment, LLC.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 10, 2017:

MINUTE entry before the Honorable Gary Feinerman:The parties have filed a stipulation of dismissal [31], the terms of which are set forth therein. Status hearing set for 4/11/2017 [30] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.